## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 15-306 |
| **HASAN MORRISON** | |

## ORDER

Defendant's counsel has presented a meritorious Motion for Reduction of Sentence based on "extraordinary and compelling reasons" under 18 U.S.C. § 3582(c)(1)(A)(i). Defendant was convicted in a one-count Indictment for involvement in serious narcotics violations for a two-year period, and although the Defendant was subject to a mandatory minimum of ten years, the Government had agreed to a negotiated 160 month sentence, primarily based on the Defendant's prior conviction for a similar offense of drug trafficking. Defendant is 48 years old, and has served approximately one-half of his sentence. He has a few relatively minor disciplinary incidents on his record but has otherwise made self-improvement measures while in prison. As agreed upon by the Government, Defendant tested positive for Covid-19 on December 18, 2020 and has been in isolation since that time. Defendant's reply brief represents that, if released, Defendant will reside at home with his wife, who is a nurse, and who can monitor his condition along with a small group of family members. The Court finds that this arrangement presents a lesser threat of spread of Defendant's condition than if he were to remain in prison, and that "extraordinary and compelling reasons warrant such a reduction" in Defendant's sentence. See § 3582(c)(1)(A)(i). Upon release, Defendant would commence a five year term of supervision and the Court will require frequent reporting to the probation officer. It appears that Defendant will reside with his wife and son in Bear, Delaware, which appears to be a non-urban setting and is a relatively safer environment to recover and also to avoid any criminal conduct. For these reasons, the Motion is GRANTED and the defendant's sentence is reduced to Time Served.

**Date: 1/11/2021**

                                                **BY THIS COURT:**
                                                */s/ Michael M. Baylson*

                                                **MICHAEL M. BAYLSON**
                                                **United States District Court Judge**